United States District Court
Southern District of Texas
**ENTERED**
November 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORI KIMBRO, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-01991 |
| | § | |
| BANK OF AMERICA, N.A., | § | |
|     Defendant. | § | |

## FINAL JUDGMENT

In an *Order* issued simultaneously with this judgment, the Court granted the motion to dismiss filed by Defendant Bank of America, N.A. (Dkt. 19). In accordance with that ruling, Plaintiff Lori Kimbro's claims are **DISMISSED WITH PREJUDICE.** Each party shall bear its own fees and costs. Any other pending motions are **DENIED AS MOOT.**

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas on November 25, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE